RECEIVED
IN MONROE, LA
AUG 5 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMES ANTHONY JACKSON<br>LA. DOC #430636 | CIVIL ACTION NO. 08-0543 |
| VS. | SECTION P |
| | JUDGE JAMES |
| MICHAEL STEWART, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED** as **MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 5 day of August, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE